## THE TOWN OF SECAUCUS v. BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL.

Submitted October term, 1928—Decided January 3, 1929.

Before Justices MINTURN, BLACK and CAMPBELL.

For the applicant, *William C. Asper.*

*Contra, William H. Speer* and *John O. Bigelow.*

PER CURIAM.
The application for the writ of *certiorari* is denied and the rule to show cause is discharged.

## HUGO VAN DOVER ESTATES, INCORPORATED, RELATOR, v. JERSEY CITY ET AL., RESPONDENTS.

Submitted October term, 1928—Decided January 3, 1929.

Before Justices MINTURN, BLACK and CAMPBELL.

For the relator, *Aaron Gordon.*

For the respondents, *Frank J. Reardon.*

PER CURIAM.
The application for the writ of *mandamus* is denied and the rule to show cause is discharged.